IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 16-cv-00568-MEH

ANGELICA PORRAS,
CATHERINE PECHA, and
GARY WOLTER, individually and on behalf of all others similarly situated,

    Plaintiffs,

v.

HOSPITAL CORPORATION OF AMERICA (HCA),
HEALTHONE OF DENVER, INC.,
HCA HEALTHONE, LLC, d/b/a Swedish Medical Center, and
DOES 1-10,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 30, 2016.**

    Plaintiffs' Unopposed Motion to Correct Case Caption [filed March 29, 2016; docket #9] is **granted**. The Clerk of the Court is directed to correct the name of Defendant Healthone to "Healthone of Denver, Inc." as set forth above.